IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | | CRIMINAL NO. ELH-11-253 |
| V. | : | UNDER SEAL |
| LEON DOMAN | ...oooOooo... | |

## GOVERNMENT'S MOTION TO UNSEAL CASE

Comes now the United States of America, by and through undersigned counsel, and hereby requests that this case be unsealed because the defendant has completed his covert cooperation in benefits fraud cases and there is no longer any need for the case against him to be non-public. The government requests, however, that this motion be sealed because it contains information about the defendant's cooperation.

WHEREFORE, it is respectfully requested that this case be unsealed but that this motion be filed **UNDER SEAL**.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: /s/
Tamera L. Fine
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800